United States Bankruptcy Court
District of Arizona

In re:  
JAMES WIELAND  
LEAH SHIPPS  
    Debtors

Case No. 16-07353-DPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0970-2    User: schriste    Page 1 of 1    Date Rcvd: Apr 03, 2017  
                      Form ID: reopenae    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.  
db/jdb         +JAMES WIELAND,    LEAH SHIPPS,    19618 E. CANARY WAY,    QUEEN CREEK, AZ 85142-8651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:

        EMORY THOMAS HURLEY    on behalf of Defendant    UNITED STATES DEPARTMENT OF EDUCATION  
         emory.hurley@usdoj.gov,    mary.bangart@usdoj.gov,usaaz.ecfpcivil@usdoj.gov,CaseView.ECF@usdoj.gov, amber.carter@usdoj.gov  
        JAMES 1 WEBSTER    on behalf of Plaintiff JAMES    WIELAND Help@jpwlegal.com  
        JAMES 1 WEBSTER    on behalf of Plaintiff LEAH    SHIPPS Help@jpwlegal.com  
        JAMES 2 WEBSTER    on behalf of Plaintiff LEAH    SHIPPS Help@jpwlegal.com  
        JAMES 2 WEBSTER    on behalf of Joint Debtor LEAH    SHIPPS Help@jpwlegal.com  
        JAMES 2 WEBSTER    on behalf of Plaintiff JAMES    WIELAND Help@jpwlegal.com  
        JAMES 2 WEBSTER    on behalf of Debtor JAMES    WIELAND Help@jpwlegal.com  
        JAMES PORTMAN WEBSTER    on behalf of Joint Debtor LEAH    SHIPPS Help@jpwlegal.com  
        JAMES PORTMAN WEBSTER    on behalf of Debtor JAMES    WIELAND Help@jpwlegal.com  
        MARY K. FARRINGTON-LORCH    on behalf of Creditor    Navient Solutions, Inc.    Mary.Farrington-Lorch@azbar.org,    Mary.Farrington-Lorch@azbar.org  
        MARY K. FARRINGTON-LORCH    on behalf of Defendant    NAVIENT SOLUTIONS, LLC    Mary.Farrington-Lorch@azbar.org,    Mary.Farrington-Lorch@azbar.org  
        MAUREEN    GAUGHAN    mgaughan@ecf.epiqsystems.com,maureen@mgaughan.com  
        U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV  
                                                                TOTAL: 13

FORM REOPENAE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:16−bk−07353−DPC |
| JAMES WIELAND<br>19618 E. CANARY WAY<br>QUEEN CREEK, AZ 85142<br>**SSAN:** xxx−xx−6211<br>**EIN:** | Chapter: 7 |
| LEAH SHIPPS<br>19618 E. CANARY WAY<br>QUEEN CREEK, AZ 85142<br>**SSAN:** xxx−xx−3927<br>**EIN:** | |
| Debtor(s) | |

## ORDER REOPENING CASE

IT APPEARING that the above captioned case was closed due to an administrative error,

IT IS ORDERED that the above captioned case be re−opened for further administration and that the trustee serving when the case was closed be re−appointed.

**Date:** April 3, 2017                                                                BY THE COURT

**Address of the Bankruptcy Clerk's Office:**                    HONORABLE Daniel P. Collins
U.S. Bankruptcy Court, Arizona                                              United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

Case 2:16-bk-07353-DPC    Doc 40    Filed 04/03/17    Entered 04/05/17 22:15:14    Desc
Imaged Certificate of Notice    Page 2 of 2